IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PARRISH LAMAR DUGGAN, #197717, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-CV-329-RAH |
| ) | |
| KENNY WAVER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 26, 2021, the Magistrate Judge entered a Recommendation (Doc. 36) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file a response in compliance with an order of this court.

A separate Final Judgment will be entered.

DONE, on this the 12th day of May, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE